JUDGE RICARDO S. MARTINEZ

1

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9   UNITED STATES OF AMERICA,        )    NO. CR 06-0094-RSM
                                     )
10              Plaintiff,           )
                                     )
11              vs.                  )    ORDER TO SEAL DOCUMENT
                                     )
12  JERRY FREY,                      )
                                     )
13              Defendant.           )
                                     )
14  _____ )

15  -

16          THIS MATTER, having come before the undersigned on the motion of the

    defendant to file the Defendant's Sentencing Memorandum under seal; now, therefore, it
17
    is hereby
18
            ORDERED that the defendant shall be permitted to file his Sentencing
19
    Memorandum under seal.
20
            DATED this 6th day of September, 2007.
21

22

23

24                                              RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE
25  Presented by:

26  s/ Peter J. Avenia
    WSBA No.  20794

ORDER TO SEAL DOCUMENT  –  1
(Jerry Frey; CR06-0094-RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Attorney for Defendant Jerry Frey

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SEAL DOCUMENT  –  2
(Jerry Frey; CR06-0094-RSM)