Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JERRY B. FREY, <br> Defendant. | NO. CR06-0094RSM <br><br> ORDER |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The United States' Motion for a Downward Departure be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED this 6th day of September 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER TO SEAL/FREY
(No. CR06-0094RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970